## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
|     VINCENT B. TERRY | ) CASE NO.14-70348–BHL-13 |
| | ) |
|     DEBTOR(S) | ) |

### TRUSTEE'S MOTION FOR ORDER OF CONTEMPT

COMES NOW Robert P. Musgrave, Trustee, and files this Motion for Order of Contempt asking the Court to hold the debtor(s) in contempt for failure to obey the Court's Order requiring said debtor(s) to file or provide their 2015 federal income tax return. In support of this motion, Trustee states as follows:

1. The Court entered an order on April 5, 2016, requiring the debtors' tax returns be filed with the Court or provided to the Trustee within 10 days if already filed, or by April 15, if not already filed.

2. To date, the debtor(s) have failed to file or provide such returns, showing a disregard of the Court's order and a contempt of the Court itself.

3. The Trustee requests such contempt be punished by the imposition of sanctions of a penalty of not less than $100.00 per day from April 18, 2016, and such other sanctions as the Court may determine proper to deter such contempt in the future.

WHEREFORE, Trustee prays the Court enter an order as described above, and for all other relief deemed appropriate in the premises.

April 27, 2016

    /s/Robert P. Musgrave
Robert P. Musgrave
Chapter 13 Trustee
P.O. Box 972
Evansville, IN  47706-0972

Telephone:  (812) 424-3029
Fax:  (812) 433-3464
Email address:  chap13@trustee13.com

CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing pleading was served upon the following parties, either personally, electronically or by first-class mail April 27, 2016:

U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

VINCENT B. TERRY

750 BAYARD PARK DR.

EVANSVILLE, IN 47713

KEVIN S. KINKADE
ATTORNEY AT LAW
123 N.W. 4TH ST., STE. 201
EVANSVILLE, IN 47708-1725

        /s/Robert P. Musgrave
        Robert P. Musgrave
        Chapter 13 Trustee
        P.O. Box 972
        Evansville, IN  47706-0972
        Telephone:  (812) 424-3029
        Fax:  (812) 433-3464
        Email address:  chap13@trustee13.com