**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| IN RE: | ) |
|    VINCENT B. TERRY | ) CASE NO.14-70348–BHL-13 |
| | ) |
|    DEBTOR(S) | ) |

### NOTICE OF PLAN COMPLETION

The Chapter 13 Trustee certifies that the debtor has completed all payments under the confirmed Chapter 13 plan.

If the debtor is eligible for a discharge, the debtor or the debtor attorney is now required to file a Motion for Entry of Chapter 13 Discharge and a Debtor's Certification of Eligibility on the Court's forms. These forms are available on the Bankruptcy Court's website at www.insb.uscourts.gov under "Forms/Local/Chapter 13". (If applicable, the debtor(s) or their attorney must also send notice of the filing of the Certification of Eligibility to any holder of a domestic support obligation.)

**FAILURE TO FILE THE ABOVE PLEADINGS WITHIN 30 DAYS AFTER THE FILING DATE OF THIS NOTICE MAY RESULT IN THE CLOSING OF THE CASE BY THE CLERK WITHOUT A DISCHARGE.**

|   |   |
|---|---|
| | /s/Robert P. Musgrave |
| May 23, 2019 | Robert P. Musgrave |
| | Chapter 13 Trustee |
| | P.O. Box 972 |
| | Evansville, IN  47706-0972 |
| | Telephone:  (812) 424-3029 |
| | Fax:  (812) 433-3464 |
| | Email address:  chap13@trustee13.com |

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing pleading was served upon the following parties, either personally, electronically or by first-class mail May 23, 2019:

U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

VINCENT B. TERRY

750 BAYARD PARK DR.

EVANSVILLE, IN 47713

KEVIN S. KINKADE
ATTORNEY AT LAW
123 N.W. 4TH ST., STE. 201
EVANSVILLE, IN 47708-1725

                                          /s/Robert P. Musgrave
                                          Robert P. Musgrave
                                          Chapter 13 Trustee
                                          P.O. Box 972
                                          Evansville, IN 47706-0972
                                          Telephone: (812) 424-3029
                                          Fax: (812) 433-3464
                                          Email address: chap13@trustee13.com