UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **In Proceedings Under** |
| Vincent B. Terry | ) | **Chapter 13** |
| | ) | |
| Debtor. | ) | Case No.: 14-70348-AKM-13 |

**MOTION FOR DETERMINATION OF FINAL CURE
AMOUNT AND PAYMENT CONCERNING COURT CLAIM NUMBER SEVEN (7)
PURSUANT TO FEDERAL RULE 3002.1(h)**

Pursuant to Fed. R. Bankr. P. 3002.1(h), the Debtor hereby moves this Court for an Order determining the final cure and mortgage payment amount on the Debtor's principal residence at 750 Bayard Park Drive, Evansville, Indiana 47713.

1. The Court has jurisdiction and authority to finally decide this Motion as a core proceeding, pursuant to 28 U.S.C. 1334 and 157.

2. This case was commenced by filing of a petition with the Clerk of the Bankruptcy Court on March 26, 2014.

3. The Debtor's Chapter 13 Plan was confirmed by the Court on May 23, 2014.

4. The Debtor's home mortgage claimant is U.S. Bank Trust National Association as Trustee of Chalet Series III Trust, as successor to Federal National Mortgage Association as successor to Bank of America N.A. who holds a mortgage on Debtor's real estate.

5. The Debtor has completed all payments under the Chapter 13 plan. On May 28, 2019, the Chapter 13 Trustee filed the Notice of Final Cure Payment pursuant to Fed. R. Bankr. 3002.1(f) stating that there remains a pre-petition arrearage balance of $1,777.66 on the home mortgage and that the Debtor was due for the April 2019 payment consistent with 11 U.S.C. 1322(b)(5).

6.	U.S. Bank Trust National Association as Trustee of Chalet Series III Trust filed the Response to Notice of Final Cure Payment on June 11, 2019 and marked the box that indicated that it disagreed that the Debtor has paid the amount required to cure any default on the home mortgage; and 2) disagreed that the Debtor is otherwise current on all payments consistent with 11 U.S.C. 1322(b)(5) by claiming a post-petition deficiency in the amount of $1,097.25.

7.	Debtor seeks an order from this Court finding that there remains a pre-petition arrearage in the amount of $1,777.26,  and that Debtor is due for the April 2019 payment on the mortgage held by U.S. Bank Trust National Association as Trustee of Chalet Series III Trust upon Plan completion, consistent with the Chapter 13 Trustee's records.

**Wherefore**, the Debtor respectfully prays that this Court enter an Order finding that there remains a pre-petition arrearage in the amount of $1,777.66, and that Debtor is due for the April 2019 payment on the mortgage held by U.S. Bank Trust National Association as Trustee of Chalet Series III Trust and for such other relief as the Court deems just and proper.

Respectfully submitted,

/s/ Kevin S. Kinkade
Kevin S. Kinkade
Kinkade & Associates, P.C.
123 N W 4th Street Suite 201
Evansville, IN 47708
812 434 4909
812 434 4831 FAX
kinkadeassociates@hotmail.com

**Certificate of Service**

The undersigned hereby certifies that on June 17, 2019, a copy of the foregoing **Motion For Determination of Final Cure Amount and Payment Pursuant to Federal Rule 3002.1(h)** was filed electronically.  Notice of this filing will be delivered to the following concerned individuals electronically, through the Court's electronic case filing system.  Parties may access this filing through said system.

| US TRUSTEE<br>ustregion10.in.ecf@usdoj.gov | Robert P. Musgrave<br>Chapter 13 Trustee<br>evansville@trustee13.com |
|---|---|
| Sarah E. Barngrover on behalf of Creditor Bank of America, N.A.<br>amps@manleydeas.com | Sarah E. Barngrover on behalf of Creditor Federal National Mortgage Association<br>amps@manleydeas.com |
| Amy Elizabeth Gardner on behalf of Creditor Federal National Mortgage Association<br>amps@manleydeas.com | Molly Slutsky Simons on behalf of Creditor U.S. Bank Trust National Associatioin as Trustee<br>bankruptcy@sottileandbarile.com |
| D. Anthony Sottile on behalf of Creditor U.S. Bank Trust National Associatioin as Trustee<br>bankruptcy@sottileandbarile.com | |

The undersigned hereby certifies that a true and correct copy of the foregoing document was delivered to the following concerned individuals by U.S. Mail on this day, June 17, 2019.

| Vincent B. Terry<br>750 Bayard Park<br>Evansville, IN 47713 | Highest Ranking Officer or Agent of<br>US Bank Trust NA<br>as Trustee of Chalet Series III<br>c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501 |
|---|---|

/s/ Kevin S. Kinkade
Kevin S. Kinkade
Kinkade & Associates, P.C.
123 N W 4th Street Suite 201
Evansville, IN 47708
(812) 434-4909
(812) 434-4831
kinkadeassociates@hotmail.com