**Fill in this information to identify the case**

Debtor 1 __Vincent Bernard Terry__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __SOUTHERN__ District of __INDIANA__
                                                                        (State)

Case number __14-70348__

## Official Form 410S1
## Notice of Mortgage Payment Change      12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor** MTGLQ Investors, L.P. | **Court claim no.** (if known) 7 |
| **Last four digits** of any number you use to identify the debtor's account: 1891 | **Date of payment change** Must be at least 21 days after date of this notice    2/1/2019 |
| | **New total payment:** Principal, interest, and escrow, if any    $365.75 |

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:    $35.41      New escrow payment:    $39.75

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %      New interest rate: _____ %

   Current principal and interest payment: $_____      New principal and interest payment: $_____

### Part 3: Other Payment Change

15-009033_SJW

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ No
☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect)*

Reason for change: _____

Current mortgage payment: $_____    New mortgage payment: $_____

| Debtor 1 | Vincent | Bernard | Terry | Case number (if known) 14-70348 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Amy E. Gardner                         Date  12/24/2018
   Signature

Print:    Amy E. Gardner                      Title  Attorneys for Creditor

Company   Manley Deas Kochalski LLC

Address   P.O. Box 165028
          Number          Street

          Columbus, OH  43216-5028
          City            State      ZIP Code

Contact phone   614-220-5611                  Email   amps@manleydeas.com

15-009033_SJW

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Payment Change was served on the parties listed below via e-mail notification:

U.S. Trustee, 101 W. Ohio St.. Ste. 1000, Indianapolis, IN 46204, 317-226-6101

Robert P. Musgrave, Chapter 13 Trustee Office, P.O. Box 972, Evansville, IN 47706-0972, chap13@trustee13.com

Kevin S. Kinkade, Attorney for Vincent Bernard Terry, Kinkade & Associates, P.C., 123 NW 4th St Ste 201, Evansville, IN 47708, kinkadeassociates@hotmail.com

and on the below listed parties by regular U.S. mail, postage prepaid on December 24, 2018:

Vincent Bernard Terry, 750 Bayard Park Dr, Evansville, IN 47713

Vincent Bernard Terry, 750 Bayard Park Drive, Evansville, IN 47713

/s/ Amy E. Gardner

15-009033_SJW

**seterus**

Representation Of Printed Document

Business Hours (U.S. Continental Local Time)
Monday-Friday  8 am to 5 pm

PO Box 1077
Hartford, CT 06143-1077

Phone 866 570 5277

Redacted

KANSAS NADINE TERRY
C/O VINCENT BERNARD TERRY
750 BAYARD PARK DR
EVANSVILLE IN  47713-2304

| | ESCROW ACCOUNT STATEMENT | |
|---|---|---|
| | Analysis Date: | 12/14/18 |
| | Loan Number: | Redacted |
| | **Current Payment** | **New Payment Effective 02/01/19** |
| Principal and Interest* | $326 00 | Principal and Interest*  $326 00 |
| Escrow | $35 41 | Escrow  $31 85 |
| | | Escrow Shortage or Deficiency  $7 90 |
| Total Current Payment | $361 41 | Total NEW Payment*  $365 75 |
| \* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan  In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments  You will receive a separate notice for interest rate adjustments | | |

### NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc  is the servicer of the above referenced loan   In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance   Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months   This payment will increase if you have a post-petition shortage and/or deficiency   This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months

Our records indicate a petition for Bankruptcy was filed on March 26, 2014  Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court   Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment

| ANTICIPATED DISBURSEMENTS February  2019 to January  2020 | |
|---|---|
| COUNTY | $382 20 |
| **Total Disbursements** | **$382.20** |

| Bankruptcy File Date | March 26, 2014 |
|---|---|
| Pre-Petition Escrow Shortage/Deficiency as of Analysis Date | $169 38 |

\*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

\*\*Beginning balance = Starting balance less any unpaid escrow disbursements

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $104 88- |
| Post Petition Beg Bal* | | | | $64 50 |
| 02/01/2019 | 31 85 | 0 00 | | 96 35 |
| 03/01/2019 | 31 85 | 0 00 | | 128 20 |
| 04/01/2019 | 31 85 | 191 10- | COUNTY | 31 05- |
| 05/01/2019 | 31 85 | 0 00 | | 0 80 |
| 06/01/2019 | 31 85 | 0 00 | | 32 65 |
| 07/01/2019 | 31 85 | 0 00 | | 64 50 |
| 08/01/2019 | 31 85 | 0 00 | | 96 35 |
| 09/01/2019 | 31 85 | 0 00 | | 128 20 |
| 10/01/2019 | 31 85 | 191 10- | COUNTY | 31 05- |
| 11/01/2019 | 31 85 | 0 00 | | 0 80 |
| 12/01/2019 | 31 85 | 0 00 | | 32 65 |
| 01/01/2020 | 31 85 | 0 00 | | 64 50 |
| **Total** | **$382.20** | **$382.20-** | | |

Under federal law, your lowest monthly balance in the escrow account should not have exceeded $63 70, or 1/6 of the total anticipated payments from your escrow account  Your lowest escrow balance was $31 05-

The escrow account has a pre-petition and post-petition shortage and/or deficiency  A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account   An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months  The pre-petition shortage and/or deficiency is accounted for on the POC and will be collected as part of your pre-petition plan payment  The projected beginning balance of your escrow account is $64 50  Your required beginning balance according to this analysis should be $159 25  This means you have a post-petition shortage and/or deficiency of $94 75  For your convenience, we have spread this post-petition shortage and/or deficiency over the next 12 installments and included this amount in your escrow payment

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law   This cushion covers any potential increases in your tax and/or insurance disbursements   Cushion selected by servicer: $63 70

***Continued on Reverse***
INTERNET REPRINT

## ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from February 2018 to January 2019  This history  compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account   If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero

### ACTUAL ESCROW ACCOUNT HISTORY

| | Payments to Escrow | | Payments from Escrow | | Description | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance | | | | | | $153 14 | $306 54- |
| **Date** | | | | | | | |
| 02/01/18 | 30 63 | 0 00* | 0 00 | 0 00 | | 183 77 | 306 54- |
| 03/01/18 | 30 63 | 29 12* | 0 00 | 0 00 | | 214 40 | 277 42- |
| 04/01/18 | 30 63 | 29 12* | 183 77- | 191 10-* | COUNTY | 61 26 | 439 40- |
| 05/01/18 | 30 63 | 0 00* | 0 00 | 0 00 | | 91 89 | 439 40- |
| 06/01/18 | 30 63 | 29 12* | 0 00 | 0 00 | | 122 52 | 410 28- |
| 07/01/18 | 30 63 | 0 00* | 0 00 | 0 00 | | 153 15 | 410 28- |
| 08/01/18 | 30 63 | 29 12* | 0 00 | 0 00 | | 183 78 | 381 16- |
| 09/01/18 | 30 63 | 29 12* | 0 00 | 0 00 | | 214 41 | 352 04- |
| 10/01/18 | 30 63 | 29 12* | 183 77- | 0 00* | COUNTY | 61 27 | 322 92- |
| 11/01/18 | 30 63 | 29 12* | 0 00 | 191 10-* | COUNTY | 91 90 | 484 90- |
| 11/01/18 | 0 00 | 0 00 | 0 00 | 74 02-* | HAZARD INS | 91 90 | 558 92- |
| 12/01/18 | 30 63 | 418 63* | 0 00 | 0 00 | | 122 53 | 140 29- |
| 01/01/19 | 30 63 | 0 00* | 0 00 | 0 00 | | 153 16 | 140 29- |
| **Total** | **$367.56** | **$622.47** | **$367.54-** | **$456.22-** | | | |

\* indicates a difference from a previous estimate either in the date or the amount

\*\* indicates escrow payment made during a period where the loan was paid ahead

**NOTE –** This analysis was prepared in advance of the escrow payment change date   Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account

### IMPORTANT DISCLOSURES

**COLORADO:** Seterus, Inc  maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228, 888 738 5576  **NEW YORK CITY:** 1411662, 1411665, 1411669  **OREGON:** Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation  To file a complaint, call 866 814 9710 or visit http://dfr oregon gov  **TEXAS COLLATERAL ONLY:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705  A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877 276 5550  A complaint form and instructions may be downloaded and printed from the Department's website located at www sml texas gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml texas gov

THIS COMMUNICATION  IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR  WE ARE ATTEMPTING TO COLLECT A DEBT  AND  ANY  INFORMATION  OBTAINED  WILL  BE  USED  FOR  THAT  PURPOSE   HOWEVER,  IF  YOU  ARE  IN  BANKRUPTCY  OR  RECEIVED  A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT  THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE  LAWS AND REGULATIONS  IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT  THAT  IS  NOT  REAFFIRMED  IN  A  BANKRUPTCY  PROCEEDING,  YOU  WILL  NOT  BE  PERSONALLY  RESPONSIBLE  FOR  THE  DEBT   SEE **IMPORTANT DISCLOSURES** IN THIS LETTER